PROB 12C
(6/16)

Report Date: May 22, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 23, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: William Lee Taylor    Case Number: 0980 2:17CR00031-WFN-1

Address of Offender: ███████████  Spokane Valley, Washington 99206

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge
Name of Assigned Judicial Officer: The Honorable W. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: July 7, 2017

| | | |
|---|---|---|
| Original Offense: | Possession of a Firearm by a Prohibited Person, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 72 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Patrick Cashman | Date Supervision Commenced: March 11, 2022 |
| Defense Attorney: | Amy H. Rubin | Date Supervision Expires: March 10, 2025 |

### PETITIONING THE COURT

To issue a **warrant** and to incorporate the violations contained in this petition in future proceedings with the violation previously reported to the Court on 3/6/2023.

On March 11, 2022, Mr. Taylor's conditions of supervision were reviewed by the probation officer and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition #4:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence:** The offender is alleged to have violated special condition number 4, by ingesting a controlled substance, methamphetamine, on or about April 27, 2023.<br><br>On April 27, 2023, Mr. Taylor submitted a urine specimen at Pioneer Human Services (PHS) that returned positive for methamphetamine. When questioned by the probation officer, he admitted to using said substance. |
| 6 | **Special Condition #3:** You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare |

Prob12C
Re: Taylor, William Lee
May 22, 2023
Page 2

upon further order of the Court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence:** The offender is alleged to have violated special condition number 3, by failing to attend scheduled treatment sessions at PHS on May 12, 16, 17, and 19, 2023.

The probation officer received email correspondence from PHS indicating Mr. Taylor failed to attend scheduled treatment sessions at their facility on May 12, 16, 17, and 19, 2023.

7  **Special Condition #4:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence:** The offender is alleged to have violated special condition number 4, by failing to report to PHS for urinalysis testing on May 12, 2023.

The probation officer received email correspondence from PHS indicating Mr. Taylor failed to report to their facility for urinalysis testing on May 12, 2023.

8  **Special Condition #4:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence:** The offender is alleged to have violated special condition number 4, by ingesting a control substance, methamphetamine, on or about May 15, 2023.

On May 15, 2023, Mr. Taylor submitted a urine specimen at the U.S. Probation Office that returned positive for methamphetamine. When questioned by the probation officer, he denied use. The urine specimen was thereafter sent to the national drug testing laboratory and was confirmed positive for said substance.

9  **Standard Condition #13:** You must follow the instructions of the probation officer related to the conditions of supervision.

**Supporting Evidence:** The offender is alleged to have violated standard condition number 13, by failing to follow the instructions of the probation officer on May 15, 2023.

On May 15, 2023, Mr. Taylor reported to the U.S. Probation Office to submit to urinalysis testing. Following a presumptive positive test result, he was instructed by a U.S. probation officer to wait in the lobby to speak with his assigned officer. Mr. Taylor failed to follow the probation officer's instructions, as he left the building.

10  **Standard Condition #2:** After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed.

Prob12C
Re: Taylor, William Lee
May 22, 2023
Page 3

**Supporting Evidence:** The offender is alleged to have violated standard condition number 2, by failing to report to the probation officer on May 18, 2023.

On May 15, 2023, the probation officer contacted Mr. Taylor via telephone and instructed him to report to the U.S. Probation Office on May 18, 2023 at 8 a.m.. He failed to report to the probation officer as instructed.

11  **Standard Condition #2:** After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence:** The offender is alleged to have violated standard condition number 2, by failing to report to the probation officer on May 22, 2023.

On May 19, 2023, the probation officer contacted Mr. Taylor via telephone and instructed him to report to the U.S. Probation Office on May 22, 2023 at 12 p.m. He failed to report to the probation officer as instructed.

The U.S. Probation Office respectfully recommends the Court to issue a **warrant** and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 05/22/2023

s/ Lori Cross

Lori Cross
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Thomas O. Rice
United States District Judge

May 23, 2023

Date